**Dontez Lamont SIMUEL, Plaintiff—Appellant,**

v.

**Roby LEE; R.A. Thompson; Sherry McFeaters; Lieutenant Monroe; Sergeant Upton; Physician Bowe, Defendants—Appellees,**

**and**

**Doctor Cibub, Defendant.**

No. 07–6077.

United States Court of Appeals, Fourth Circuit.

Submitted: July 6, 2007.

Decided: July 27, 2007.

Dontez Lamont Simuel, Appellant Pro Se. James Philip Allen, North Carolina Department of Justice, Raleigh, North Carolina; Dana Hefter Davis, Young, Moore & Henderson, PA, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dontez Lamont Simuel appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Simuel v. Lee*, No. 5:03–ct–00350–F (E.D.N.C. Dec. 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*